DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514



**FILED**

JUN 0 7 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

DELLA CHRISTINA BANTAY

Chapter 13
Case No. 04-3-2853 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $326.44 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|-------|------------------------------|-------------------|
| 012 | CLERK OF THE COURT FOR MBNA AMERICA BANK NA P O BOX 15168 MS 1423 WILMINGTON, DE 19850 | $326.44 |

CECILIA MARCELO
Receipts Administrator

DATED:  June 6, 2007