DAVID BURCHARD  
CHAPTER 13 STANDING TRUSTEE  
P.O. BOX 8059  
FOSTER CITY, CA 94404  
(650) 345-7801  FAX (650) 345-1514

FILED

SEP 1 0 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
    DELLA CHRISTINA BANTAY

Chapter 13
Case No. 04-3-2853 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $241.50 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 012 | CLERK OF THE COURT FOR<br>MBNA AMERICA BANK NA<br>P O BOX 15168 MS 1423<br>WILMINGTON, DE 19850 | $241.50 |

DATED: September 5, 2007

_____
CECILIA MARCELO
Receipts Administrator